UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:20-cv-266-MOC

| | |
|---|---|
| **JESSICA DINAH MURILLO,** | )<br>) |
| Plaintiff, | )<br>) |
| Vs. | )     ORDER<br>) |
| **ANDREW SAUL,**<br>**Acting Commissioner of Social Security,** | )<br>)<br>) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 15). Defendant does not oppose the motion.

**IT IS ORDERED** that Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, (Doc. No. 15), is **GRANTED** and this matter is dismissed. The Clerk is instructed to terminate this action.

Signed: June 18, 2021

Max O. Cogburn Jr.
United States District Judge

-1-